NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

GERARDO C. AOANAN,
*Claimant-Appellant,*

v.

ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,
*Respondent-Appellee.*

2012-7076

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3682, Judge Ronald M. Holdaway.

## ON MOTION

Before LOURIE, SCHALL and DYK, *Circuit Judges.*

PER CURIAM.

## ORDER

Gerardo C. Aoanan moves for reconsideration of the court's order dismissing his appeal as untimely filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

DEC 1 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gerardo C. Aoanan
Amanda L. Tantum, Esq.
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2012

JAN HORBALY
CLERK